## H. D. Cantin, Appellant, v. Joseph L. Aronson, Also Known as Joseph L. Arenson, Appellee.

### Gen No. 41,981.

Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942; additional opinion filed and rehearing denied June 16, 1942. Soll J. Schnitz, for appellant; Samuel Schmetterer, for appellee. Opinion by JUSTICE MATCHETT. "Not to be published in full."